IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

UNITED STATES OF AMERICA )
)
VS. ) No. 3:12-cr-00186-1
) JUDGE HAYNES
EDWARD DESHAWN SMITH )

*[Handwritten annotations: ORDER — Based upon the Government's response, this motion is DENIED as moot. See DE50. /s/ [Judge signature] 9-27-13]*

## MOTION FOR SUPPLEMENTAL DISCOVERY

Comes now the Defendant, pursuant to Rule 16 of the Federal Rules of Criminal Procedures, respectfully requests the following supplemental discovery:

Any and all lab reports related to the narcotics seized.

Any and all witnesses related to the testing and chain and custody of narcotics seized.

Any and all phone records between the confidential informant, the detective, the co-defendant, Ebonie Jordan, and the Defendant.

Respectfully submitted,

/s/ Jim Todd
Jim Todd
Hagan & Todd, PLLC
218 Third Avenue North
Nashville, Tennessee 37201
Phone:(615) 628-9111
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been hand delivered via electronic transfer and/or mailed, postage prepaid, to the Honorable Assistant United States Attorney, Federal Court Building, 110 9th Avenue South, A961, Nashville, Tennessee 37203 on this the 15th day of August, 2013.

/s/ Jim Todd
Jim Todd