IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) No. 3:12-cr-00186-1 |
| | ) JUDGE HAYNES |
| EDWARD DESHAWN SMITH | ) |

*Handwritten order:* ORDER. This motion is DENIED as the CI is not shown to be involved with the Defendant's alleged offense. There is no/any showing to justify disclosure. U.S. v. Lloyd, 400 F.2d [illegible] (4th Cir. 1968). [signature] 9-27-13

## MOTION TO DISCLOSE CONFIDENTIAL INFORMANT

Comes now the Defendant, by and through counsel, pursuant to *Roviaro v. United States*, 353 US 53 (1957), respectfully requests this Court to order the United States Attorney to disclose the identity of the confidential informant utilized in the undercover drug buys which are the subject of this Indictment.

At a minimum, Defendant would requests the government disclose the arrangement between law enforcement and the confidential informant as it relates to the motivation for the confidential informant to obtain target suspects.

Respectfully submitted,

/s/ Jim Todd
Jim Todd
Hagan & Todd, PLLC
218 Third Avenue North
Nashville, Tennessee 37201
Phone:(615) 628-9111
Counsel for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been hand delivered via electronic transfer and/or mailed, postage prepaid, to the Honorable Assistant United States Attorney, Federal Court Building, 110 9th Avenue South, A961, Nashville, Tennessee 37203 on this the 15th day of August, 2013.

/s/ Jim Todd
Jim Todd