IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

UNITED STATES OF AMERICA )
)
VS. ) No. 3:12-cr-00186-1
) JUDGE HAYNES
EDWARD DESHAWN SMITH )

## MOTION TO CONTINUE TRIAL DATE

Comes now the Defendant, by and through counsel, respectfully requests this Court to continue the trial in this matter which is currently set for November 12, 2013.

For cause, counsel for the Defendant would submit that the Defendant has requested additional time to contemplate a new offer from the Government. The Defendant has requested additional time to consider the offer with his family and does not feel he will have an answer before the November 12, 2013 trial date.

A waiver of speedy trial is attached.

The Assistant United States Attorney, Clay Lee, does not oppose this motion.

Respectfully submitted,

/s/ Jim Todd
Jim Todd
Hagan & Todd, PLLC
218 Third Avenue North
Nashville, Tennessee 37201
Phone:(615) 628-9111
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been hand delivered via electronic transfer and/or mailed, postage prepaid, to the Honorable Assistant United States Attorney, Federal Court Building, 110 9th Avenue South, A961, Nashville, Tennessee 37203 on this the 4th day of November, 2013.

/s/ Jim Todd
Jim Todd

*Handwritten annotation (Order):* ORDER. The motion is GRANTED in the interest of justice to allow the Defendant to finalize his plea negotiations. It is so ORDERED. 11-4-13