IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:12-cr-00186-1 |
| v. | ) | JUDGE HAYNES |
| | ) | |
| EDWARD DESHAWN SMITH | ) | |

## MOTION IN LIMINE

Counsel pursuant Rule 802 of the Federal Rules of Evidence respectfully requests this court to instruct the government and the government witnesses not to testify regarding any statement made by the confidential informant.

*[Handwritten order: Order. Based upon the Government's response (D/E No. 76 at 2) this motion is DENIED as moot and without prejudice to renew. (signature) 10/30/14 5-20-14]*

Respectfully submitted,

/s/ Jim Todd
JIM TODD
Hagan & Todd, PLLC
218 Third Avenue North
Suite 200
Nashville, Tennessee 37201
(615) 628-9111
Counsel for Defendant

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was served, if registered, via the Court's electronic filing system or, if not registered, deposited in the United States Mail, postage prepaid, as follows: Assistant United States Attorney, Middle District of Tennessee, 110 Ninth Avenue South, Suite A961, Nashville, Tennessee 37203-3870, on this 20th day of May, 2013.

/s/ Jim Todd
JIM TODD
Attorney for Defendant