## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

UNITED STATES OF AMERICA          )
                                  )        Case No. 3:12-cr-00186
v.                                )        Chief Judge Haynes
                                  )
EDWARD DESHAWN SMITH              )

## O R D E R

The sentencing hearing currently set in this action for Friday, August 22, 2014 at 3:00 p.m.

is **RESET** for **Friday, September 5, 2014 at 10:00 a.m.**

It is so **ORDERED**.

**ENTERED** this the _3l_ day of July, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge