IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) No. 3:12-cr-00186-1 |
| | ) JUDGE HAYNES |
| EDWARD DESHAWN SMITH | ) |

## MOTION TO WITHDRAW

Comes now counsel for the defendant and requests permission of this Court to withdraw as counsel of record.

Counsel would submit that the case was concluded on September 5, 2014 when the Court issued a judgment in this case.

*ORDER*
*This motion*
*is granted.*
*[signature]*
*9-9-14*

Respectfully submitted,

/s/ Jim Todd
Jim Todd
Hagan & Todd, PLLC
214 Second Avenue North
Suite 400
Nashville, Tennessee 37201
Phone:(615) 256-7337
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been hand delivered via electronic transfer and/or mailed, postage prepaid, to Clay Lee, Assistant United States Attorney, Federal Court Building, 110 9th Avenue South, A961, Nashville, Tennessee 37203 on this the 8th day of September, 2014.

/s/ Jim Todd
Jim Todd